**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **MISC. NO.** 1:24mc-65 |
| | ) | |
| **DUNBAR SCHOOL FOUNDATION and ROMELIA HODGES,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

AND NOW, the Court having considered the United States' Motion to Enforce the Civil Investigative Demand, IT IS HEREBY ORDERED that:

1. The United States' motion is GRANTED;

2. Defendants shall fully respond to Civil Investigative Demand No. 2023V00161-1 within fourteen days.

Dated: October 21, 2024

The Honorable Michael John Aloi
United States Magistrate Judge