**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **MISC. NO. 1:24-MC-65** |
| | ) | |
| **DUNBAR SCHOOL FOUNDATION and ROMELIA HODGES,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

AND NOW, Defendants having retained counsel to comply with the Court's Order dated October 21, 2024, (ECF No. 3), and the parties having agreed to extend Defendants' deadline to fully respond to Civil Investigative Demand No. 2023V00161-1, IT IS HEREBY ORDERED that:

1. Defendants shall fully respond to Civil Investigative Demand No. 2023V00161-1, which includes the production of documents and responding to interrogatories, by January 15, 2025.

The Clerk of the Court is DIRECTED to provide copies of this order by first-class mail, return receipt requested to: Dunbar School Foundation and Romelia Hodges, 614 Benoni Avenue, Fairmont, WV 26554

Dated: Dec. 4, 2024

The Honorable Michael John Aloi
United States Magistrate Judge